Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

December 4 2019

WILLIAM M. McCOOL, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

DOMINGO RAMIREZ RODRIGUEZ,

        Defendant.

CR19-249-RSL

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

### (Conspiracy to Distribute Heroin)

Beginning at a time unknown and continuing until on or about February 7, 2019, in King County, within the Western District of Washington, and elsewhere, DOMINGO RAMIREZ RODRIGUEZ, and others known and unknown, did knowingly and intentionally conspire to distribute heroin, a substance controlled under Title 21, United States Code, Section 812, Schedule I.

With respect to DOMINGO RAMIREZ RODRIGUEZ, his conduct as a member of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved one kilogram or more

Indictment
*United States v. Domingo Ramirez Rodriguez* - 1

1  of a substance containing a detectable amount of heroin, in violation of Title 21, United

2  States Code, Section 841(b)(1)(A).

3       All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A),

4  and 846.

5                                   **COUNT 2**

6                   **(Possession of Heroin with Intent to Distribute)**

7       On or about February 7, 2019, in King County, within the Western District of

8  Washington, and elsewhere, the defendant DOMINGO RAMIREZ RODRIGUEZ,

9  knowingly and intentionally possessed, and did aid and abet the possession of, with intent

10  to distribute, heroin, a substance controlled under Title 21, United States Code, Section

11  812, Schedule I.

12       The Grand Jury further alleges that the offense involved one kilogram or more of a

13  mixture or substance containing a detectable amount of heroin.

14       The Grand Jury further alleges that this offense was committed during and in

15  furtherance of the conspiracy charged in Count 1, above.

16       All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A),

17  and Title 18, United States Code, Section 2.

18                                   **COUNT 3**

19           **(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

20       On or about February 7, 2019, in King County, within the Western District of

21  Washington, and elsewhere, DOMINGO RAMIREZ RODRIGUEZ did possess, and did

22  aid and abet the possession of, a firearm, to wit: one Ruger 9E 9 mm handgun, serial

23  number 337-42738, in furtherance of a drug trafficking crime, to wit: Conspiracy to

24  Distribute Controlled Substances, as charged in Count 1 above, and Possession of Heroin

25  with Intent to Distribute, as charged in Count 2 above.

26       All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

27  //

28  //

Indictment
*United States v. Domingo Ramirez Rodriguez* - 2

## ASSET FORFEITURE ALLEGATION

The allegations contained in Counts 1–3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

### *Counts 1–2*

Pursuant to Title 21, United States Code, Section 853(a), upon conviction of either of the offenses alleged in Counts 1–2 of this Indictment, the defendant, DOMINGO RAMIREZ RODRIGUEZ, shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of that offense, and also shall forfeit any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, that offense, including but not limited to a judgment for a sum of money representing the property described in this paragraph.

### *Count 3*

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of the offense alleged in Count 3 of this Indictment, the defendant, DOMINGO RAMIREZ RODRIGUEZ, shall forfeit to the United States any firearms and ammunition involved or used in any knowing violation of Title 18, United States Code, Section 924.

### *Substitute Assets*

If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

Indictment
*United States v. Domingo Ramirez Rodriguez* - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   it is the intent of the United States, pursuant to Title 21, United States Code, Section

2   853(p) and Title 28, United States Code, Section 2461(c), to seek the forfeiture of any

3   other property of the defendant, up to the value of the above-described forfeitable

4   property.

5

                                         A TRUE BILL:

6

7                                       DATED: 4 December 2019

8                                       *Signature of the Foreperson redacted*

9                                       *pursuant to the policy of the Judicial*

                                      *Conference of the United States*

10

11                                       FOREPERSON

12

13

14

15   _____

16   BRIAN T. MORAN

    United States Attorney

17

18

19   _____

    VINCENT T. LOMBARDI

20   Assistant United States Attorney

21

22

23   _____

    NICHOLAS MANHEIM

24   Assistant United States Attorney

25

26

27

28

Indictment
*United States v. Domingo Ramirez Rodriguez* - 4