The Honorable Robert S. Lasnik

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DOMINGO RAMIREZ RODRIGUEZ,

Defendants.

NO. CR19-249 RSL

**PROTECTIVE ORDER**

19   This matter comes before the Court on the Stipulated Motion for a Protective Order

20   regarding discovery materials, as permitted by Fed. R. Crim. P. 16(d).  Having considered

21   the record and files herein, the Court finds there is good cause to grant the stipulated

22   motion, and hence:

23   IT IS HEREBY ORDERED that the discovery materials discussed in the Motion

24   for the Protective Order and referred to therein as "Protected Material," marked specially

25   as "Protected Material," may be produced to counsel for the Defendant in this case.

26   IT IS FURTHER ORDERED that possession of Protected Material is limited to the

27   attorneys of record in this case and their staff, and to any investigators, expert witnesses,

28   and other agents the attorneys of record retained in connection with this case.  The attorneys

*United States v. Rodriguez* / CR19-249 RSL
Protective Order - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   of record, and their investigators, expert witnesses, and other agents can review Protected

2   Material with the Defendant.  The Defendant can inspect and review Protected Material,

3   but shall not be allowed to possess, photograph, or record Protected Material or otherwise

4   retain Protected Material or copies thereof.

5         IT IS FURTHER ORDERED that defense counsel shall not provide Protected

6   Material or copies thereof to any other person outside his or her law office, including the

7   Defendant or his family or associates.  If the Defendant resides at the FDC, he will be

8   permitted to review the Protected Material, consistent with the regulations established by

9   the Bureau of Prisons for discovery materials subject to a protective order and designated

10  as protected or sensitive material. Consistent with those rules and regulations, the

11  Defendant will be permitted to review the Protected Material with his counsel or in a

12  controlled environment at the FDC, but will be prohibited from keeping a copy of the

13  material in his possession, printing it out, copying it, or distributing it.

14        IT IS HEREBY FURTHER ORDERED that the Defendant, defense counsel, and

15  others to whom disclosure of the content of the Protected Material may be necessary to

16  assist with the preparation of the defense, shall not disclose the Protected Material or its

17  contents, other than as necessary for the preparation of defenses at trial and in subsequent

18  appellate proceedings, if necessary.  Specifically, the attorneys of record and members of

19  the defense team acknowledge that providing copies of the Protected Material to the

20  Defendant and other persons is prohibited, and agree not to duplicate or provide copies of

21  the Protected Material to the Defendant and other persons.  This order does not limit

22  employees of the United States Attorney's Office for the Western District of Washington

23  from disclosing the Protected Material to members of the United States Attorney's Office,

24  federal law enforcement agencies, the Court, or witnesses in order to pursue other

25  investigations or the prosecution in this case. Nor does it limit employees of the United

26  States Attorney's Office for the Western District of Washington from disclosing the

27  Protected Material to the defense as necessary to comply with the government's discovery

28  obligations.

*United States v. Rodriguez* / CR19-249 RSL
Protective Order - 2

1    Nothing in this Protective Order prohibits defense counsel from showing the

2  Protected Material, or reviewing its contents, with the Defendant or with others to whom

3  disclosure may be necessary to assist with the preparation of the defense at trial and in

4  subsequent appellate proceedings, if necessary.

5    IT IS FURTHER ORDERED that if counsel for the Defendant finds it necessary to

6  file any documents marked as Protected Material, the material shall be filed under seal with

7  the Court.

8    Nothing in this Order shall prevent any party from seeking modification of this

9  Protective Order or from objecting to discovery that it believes to be otherwise improper.

10 The parties agree that in the event that compliance with this Order makes it difficult for

11 defense counsel to adhere to their Sixth Amendment obligations, or otherwise imposes an

12 unworkable burden on counsel, defense counsel shall bring any concerns about the terms

13 of the Order to the attention of the government.  The parties shall then meet and confer

14 with the intention of finding a mutually acceptable solution.  In the event that the parties

15 cannot reach such a solution, defense counsel shall have the right to bring any concerns

16 about the scope or terms of the Order to the attention of the Court by way of a motion.

17    Nothing in this order should be construed as imposing any discovery obligations on

18 the government that are different from those imposed by case law and Rule 16 of the

19 Federal Rules of Criminal Procedure.  The failure to designate any materials as provided

20 in paragraph 2 shall not constitute a waiver of a party's assertion that the materials are

21 covered by this Protective Order.

22    This Protective Order does not constitute a ruling on the question of whether any

23 particular material is properly discoverable or admissible and does not constitute any ruling

24 on any potential objection to the discoverability of any material.

25    IT IS FURTHER ORDERED that at the conclusion of the case, the Protected

26 Material shall be returned to the United States, or destroyed, or otherwise stored in a

27 manner to ensure that it is not subsequently duplicated or disseminated in violation of this

28 Protective Order.

*United States v. Rodriguez* / CR19-249 RSL
Protective Order - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The Clerk of the Court is directed to provide a filed copy of this Protective Order to

2  all counsel of record.

3

4    DATED this 7th day of August, 2020.

5

6

7                                                     Robert S. Lasnik

8                                                     United States District Judge

9

10

11
     Presented by:
12

13   s/ Nicholas Manheim
     NICHOLAS MANHEIM
14   Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28