UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>        Plaintiff,             )<br>                              )<br>        v.                     )<br>                              )<br> DOMINGO RAMIREZ RODRIGUEZ,    )<br>                              )<br>        Defendant.             )<br> _____    ) | CASE NO. CR19-249 RSL<br><br>DETENTION ORDER |

<u>Offense charged</u>:   Conspiracy to Distribute Heroin; Possession of Heroin with Intent to Distribute; Possession of a Firearm in Furtherance of a Drug Trafficking Crime: Asset Forfeiture Allegations

<u>Date of Detention Hearing</u>:   August 11, 2020.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant is Mexican citizen with strong ties to Mexico. Although he has a history of employment in this District, he has lost his most recent employment due to the COVID-19 pandemic. Although he asserts he could be employed with an uncle, defendant's lack of legal status affects his ability to work legitimately. At the time of his arrest, defendant was in the process of traveling to Mexico. His girlfriend has children in Mexico, and defendant's family owns property in which he planned to reside. He has traveled frequently to Mexico in the past.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the

DETENTION ORDER
PAGE -2

defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 11th day of August, 2020.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3