UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMINGO RAMIREZ RODRIGUEZ,<br><br>Defendant. | Case No. CR19-249RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE THE TRIAL AND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on the defendant's "Unopposed Motion to Continue the Trial and Pretrial Motions Deadline." Dkt. # 21. Having considered the facts set forth in the motion, and the defendant's knowing and voluntary waiver (Dkt. # 22), the Court finds as follows:

1. The Court adopts the facts set forth in the motion; specifically, that defense counsel needs additional time to review the discovery provided by the government and to prepare for trial. The Court accordingly finds, for the reasons detailed in the motion, that the ends of justice served by continuing the trial outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), (iv).

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3. The Court further finds that the charges are serious and carry potential substantial imprisonment penalties and the case is of sufficient complexity due to the volume of discovery

ORDER GRANTING MOTION TO CONTINUE TRIAL - 1

provided and to be provided, and the current Covid-19 restrictions, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself by the dates currently set, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

4. The Court further finds that a failure to grant a continuance of the trial date and pretrial motions deadline would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS HEREBY ORDERED that the trial date is continued to April 12, 2021.

IT IS FURTHER ORDERED that the pretrial motions deadline is continued to March 12, 2021.

IT IS FURTHER ORDERED that the period of time between the date of the filing of defendant's motion (Dkt. # 21) and the new trial date of April 12, 2021, is excluded time pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED this 24th day of November, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO CONTINUE TRIAL - 2