UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMINGO RAMIREZ RODRIGUEZ,<br><br>Defendant. | Case No. CR19-249RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

    This matter comes before the Court on defendant's "Unopposed Motion to Continue the Trial and Pretrial Motions Deadline." Dkt. # 25. Having considered the facts set forth in the motion, and defendant's knowing and voluntary waiver, Dkt. # 24, the Court finds as follows:

    1.    The Court adopts the facts set forth in the unopposed motion: specifically, that the government has communicated that the case is related to the <u>Castro-Ruiz</u> multi-defendant case, that some of discovery is subject to a protective order, that defendant requires the use of an interpreter, that measures taken in response to Covid-19 at the federal detention center where defendant is housed have limited defense counsel's access to defendant, that defense counsel needs additional time to investigate, review discovery with his client, and prepare for trial. Dkt. # 25. The Court accordingly finds, for the reasons detailed in the motion, that the ends of justice served by continuing the trial outweigh the interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), B(i), (ii), (iv); <u>see also</u> W.D. Wash. Gen. Order Nos. 15-20, 18-20.

2.   The Court finds that a failure to continue the trial date in this case would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3.   The Court further finds that the charges are serious and carry potential substantial imprisonment penalties and the case is of sufficient complexity due to the volume of discovery provided and to be provided, and the current Covid-19 restrictions, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself by the dates currently set, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

4.   The Court further finds that a failure to grant a continuance would deny defense counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

5.   The Court further finds that the additional time requested between April 12, 2021 and the proposed trial date of October 4, 2021, is a reasonable period of delay. The Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, considering all the facts set forth above.

6.   Defendant has executed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including November 30, 2021, Dkt. # 24, which will permit his trial to start on October 4, 2021.

IT IS HEREBY ORDERED that the trial date shall be continued from April 12, 2021, to October 4, 2021, and pretrial motions are to be filed no later than August 5, 2021.

IT IS FURTHER ORDERED that the period of time from the current trial date of April 12, 2021, up to and including the new trial date, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B)(i), (ii), (iv).

IT IS SO ORDERED.

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DEADLINE - 2

1 | DATED this 22nd day of February, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DEADLINE - 3