UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>DOMINGO RAMIREZ RODRIGUEZ,<br><br>                    Defendant. | NO. CR 19-249 RSL<br><br>ORDER TO SEAL |

Having read the Defendant's Motion to Seal and because of the sensitive information contained in the Defendant's Sentencing Memorandum;

It is hereby ORDERED that the Defendant's Sentencing Memorandum shall remain sealed.

DATED this <u>24th</u> day of <u>      March      </u>, 2022.

_____
ROBERT S. LASNIK
United States District Judge